265 P.2d 683

Apolonia G. GONZALES, as Executrix of the Last Will and Testament of Canuto Gonzales, also known as Canuto Gonzales, Sr., deceased, claimant-appellant, v. L. L. VAN PELT, Administrator of the Estate of Floyd Akins, deceased, appellee.

No. 5711.

Supreme Court of New Mexico.

Jan. 12, 1954.

O. P. Easterwood, Clayton, V. A. Doggett, Raton, for appellant.

Paddock, Phelps & Phelps, Clayton, for administrator.

A. J. Krehbiel, Clayton, for claimant Smith.

SEYMOUR, Justice.

Questions raised by this appeal are identical to those disposed of by this Court in its decision published this same day in Mitchell v. Van Pelt, 58 N.M. 69, 265 P. 2d 679.

The judgment of the trial court is affirmed.

It is so ordered.

McGHEE, C. J., and SADLER and COMPTON, JJ., concur.

LUJAN, J., not participating.